UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2020

Kastriot Djombalic,

                Plaintiff,

-against-

Christopher Shanahan, et al.,

                Defendants.

1:15-cv-01469 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS on June 9, 2015, the Court granted Petitioner's habeas petition and ordered the Government to provide Petitioner with a bond hearing (ECF No. 14);

WHEREAS on August 7, 2015, the Government filed a notice of appeal (ECF No. 16);

WHEREAS the Court of Appeals for the Second Circuit has issued a mandate vacating and remanding this case for further consideration in light of the Supreme Court's decisions in *Nielsen v. Preap*, 139 S. Ct. 954 (2019) and *Jennings v. Rodriguez*, 138 S. Ct. 830 (2018) (ECF No. 18);

IT IS HEREBY ORDERED THAT no later than May 25, 2020, the parties are directed to provide a status update, including a discussion of how the Supreme Court's decisions impact Petitioner's case.

**SO ORDERED.**

DATED:    New York, New York
             May 5, 2020

_____
STEWART D. AARON
United States Magistrate Judge